IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 03-cr-00254-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JACK LARRY CHERRY, JR.,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is defendant's **Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(2)** [#98] filed March 18, 2008. Based on my initial review of the motion, file, and record, I find and concludes as follows: (1) that counsel for the defendant should be appointed; (2) that counsel for the defendant should have a reasonable time to adopt and/or supplement the defendant's pending motion; (3) that the government should file a response to the motion; (4) that a status-setting conference should be set; and (5) that if necessary or advisable, the probation department should file an addendum to the presentence report.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That counsel for the defendant **SHALL BE** appointed from the CJA panel;

    2. That by April 11, 2008, counsel for the defendant **SHALL** either adopt or supplement the motion;

3. That the government **SHALL FILE** it response to the motion within eleven (11) days after counsel for the defendant adopts or supplements the motion; and

4. That on April 28, 2008, at 10:30 a.m., the court **SHALL CONDUCT** a telephonic setting conference to set this matter for a status-setting conference; provided, furthermore, that counsel for the government shall arrange, schedule, and coordinate the conference call to facilitate the telephonic setting conference.

Dated March 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**